JOHN R. HINZ, as Administrator, etc., Appellant, *v.* JOHN H. STARIN, Respondent.

(Argued January 26, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made the second Monday of June, 1890, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*Martin J. Keogh* for appellant.

*William W. Goodrich* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY, VANN and BROWN, JJ., dissenting.
Judgment affirmed.